UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Cr. No.   21-30288
                                                     Judge:   Unassigned

v.

RONALD REESE,

        Defendant.
_____/

**APPEARANCE**

To the Clerk of this Court and all parties of record:

        Enter my appearance as Counsel in the case for Defendant RONALD REESE.

        I certify that I am admitted to practice in the Court.

                                            Respectfully Submitted,
                                            Legal Aid & Defender Assn., Inc.
                                            FEDERAL DEFENDER OFFICE

                                            s/Todd A. Shanker
                                            Attorney for Defendant
                                            613 Abbott Street, 5th Floor
                                            Detroit, Michigan   48226
                                            toddd_shanker@fd.org
       Date: June 16, 2021                      (313) 967-5542